## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | |
|---|---|
| **ROBERT SCHEINER** | ) |
| 5308 Sunrise Ln. | ) Case No:  1:12-cv-518 |
| Cleves, OH 45002 | ) |
| | ) JURY DEMAND REQUESTED |
| Plaintiff, | ) |
| v. | ) **VERIFIED CIVIL COMPLAINT** |
| | ) **(Unlawful Debt Collection Practices)** |
| **PORTFOLIO RECOVERY** | ) |
| **ASSOCIATES, LLC** | ) |
| C/O National Registered Agents, Inc. | ) |
| 145 Baker Street | ) |
| Marion, Ohio 43302 | ) |
| | ) |
| Defendant. | ) |

### <u>VERIFIED COMPLAINT</u>

PLAINTIFF, Robert Scheiner (Plaintiff), by his attorneys, KAHN AND ASSOCIATES, L.L.C., alleges the following against DEFENDANT, Portfolio Recovery Associates, LLC (Defendant):

### INTRODUCTION

1.  Plaintiff's Complaint is based on the Fair Debt Collection Practices Act, *15 U.S.C. 1692 et seq.* (FDCPA).

### JURISDICTION AND VENUE

2.  Jurisdiction of this court arises pursuant to *15 U.S.C. 1692k(d)*, which states that such actions may be brought and heard before "any appropriate United States district court without regard to the amount in controversy," and *28 U.S.C. 1367* grants this court supplemental jurisdiction over the state claims contained therein.

3.  Because Defendant conducts business in Ohio, personal jurisdiction is established.

4. Venue is proper pursuant to *28 U.S.C. 1391(b)(2)*.

## PARTIES

5. Plaintiff is a natural person who resides in the City of Cleves, Hamilton County, Ohio and is allegedly obligated to pay a debt, and Plaintiff is a "consumer" as that term is defined by *15 U.S.C. 1692a(3)*.

6. Pursuant to the definitions outlined in *15 U.S.C. 1692a(1-6)*, Defendant is a debt collector and sought to collect a consumer debt from Plaintiff which was allegedly due and owing from Plaintiff, and Plaintiff is a consumer debtor.

7. Defendant is a Delaware Limited Liability Company and debt collector with an office in Norfolk, Virginia.

8. Defendant uses instrumentalities of interstate commerce or the mails in a business the principal purpose of which is the collection of any debts, and/or regularly collects or attempts to collect, directly or indirectly, debts owed or due or asserted to be owed or due another and is a "debt collector" as that term is defined by *15 U.S.C. § 1692a(6)*.

9. Defendant is a collection agency that in the ordinary course of business, regularly, on behalf of itself or others, engages in debt collection.

## FACTUAL ALLEGATIONS

10. Defendant places frequent and excessive collection calls to Plaintiff in an attempt to collect an allegedly due and owed credit card account. Upon information and belief, the original debt is 12 years old.

11. Beginning approximately two years prior and continuing into at least September 2011, Defendant has called Plaintiff approximately 2-3 times per week with the

intent of annoying or harassing him.  Plaintiff receives these calls from Defendant at telephone number 513-202-1289.

12. Defendant frequently hangs up on the Plaintiff and does not respond when he picks up the telephone.  When Plaintiff has spoken to Defendant, he has informed the Defendant that the original debt was paid off and several years prior.  Despite being so informed, Defendant continues to place frequent and repeated collection calls to Plaintiff and continues to attempt to collect the debt from him.

## COUNT I

## DEFENDANT VIOLATED THE FAIR DEBT COLLECTION PRACTICES ACT

13. Defendant violated the FDCPA based on the following:

   a. Defendant violated *§1692d* by engaging in conduct the natural consequence of which is to harass, oppress, or abuse any person in connection with the collection of a debt.

   b. Defendant violated *§1692d(5)* by causing a telephone to ring or engaging any person in telephone conversation repeatedly or continuously with intent to annoy, abuse, or harass any person at the called number.

   c. Defendant violated *§1692e* by using any false, deceptive, or misleading representation or means in connection with the collection of a debt.

WHEREFORE, Plaintiff, Robert Scheiner, respectfully requests judgment be entered against Defendant, for the following:

14. Statutory damages of $1000.00 pursuant to the Fair Debt Collection Practices Act, *15 U.S.C. 1692k*,

15. Costs and reasonable attorneys' fees pursuant to the Fair Debt Collection Practices Act, *15 U.S.C. 1692k*

16. Any other relief that this Honorable Court deems appropriate.

### **DEMAND FOR JURY TRIAL**

Plaintiff, Robert Scheiner, requests a jury trial in this case.

Respectfully submitted,

**KAHN & ASSOCIATES, LLC**

*/s/ J. Daniel Scharville*

**J. DANIEL SCHARVILLE (0071132)**
dscharville@kahnandassociates.com
6200 Rockside Woods Blvd., Suite 215
Cleveland, Ohio 44131
216.621.6101 Telephone
216.621.6006 Facsimile

Attorney for Plaintiff

## VERIFICATION OF COMPLAINT AND CERTIFICATION

STATE OF OHIO

      Plaintiff, ROBERT SCHEINER, states the following:

1.    I am the Plaintiff in this civil proceeding.
2.    I have read the above-entitled civil Complaint prepared by my attorneys and I believe that all of the facts contained in it are true, to the best of my knowledge, information and belief formed after reasonable inquiry.
3.    I believe that this civil Complaint is well grounded in fact and warranted by existing law or by a good faith argument for the extension, modification or reversal of existing law.
4.    I believe that this civil Complaint is not interposed for any improper purpose, such as to harass any Defendant(s), cause unnecessary delay to any Defendant(s), or create a needless increase in the cost of litigation to any Defendant(s), named in the Complaint.
5.    I have filed this Complaint in good faith and solely for the purposes set forth in it.

      Pursuant to 28 U.S.C. § 1746(2), I, ROBERT SCHEINER, hereby declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

01│25│2012
_____
Date

_____
ROBERT SCHEINER