UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
AT CINCINNATI
CIVIL CASE NO. 12-518-JGW

ROBERT SCHEINER            PLAINTIFF

V.

PORTFOLIO RECOVERY ASSOCIATES, LLC            DEFENDANT

### JUDGMENT

In accordance with both the Memorandum Opinion and Order entered concurrently herewith granting summary judgment to defendant, **IT IS ORDERED AND ADJUDGED:**

1. Defendant's motion for summary judgment [Doc. 18] is **GRANTED**; and

2. This judgment is **FINAL** and **APPEALABLE**; and

3. This matter is **STRICKEN** from the active docket of this court.

This the 4th day of November, 2013.

                                               s/ J. Gregory Wehrman
                                               J. Gregory Wehrman
                                               United States Magistrate Judge